```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 14-00725-MDF
Robert C. Howard                                            Chapter 13
Elisa A. Howard
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: TWilson          Page 1 of 1           Date Rcvd: Sep 12, 2016
                             Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.
db/jdb         #+Robert C. Howard,   Elisa A. Howard,   4632 Orchid Way,   Dover, PA 17315-2556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
              Charles J. DeHart, III  (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David William Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              John Matthew Hyams    on behalf of Joint Debtor Elisa A. Howard jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com,jsa@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor Robert C. Howard jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com,jsa@johnhyamslaw.com
              John Matthew Hyams    on behalf of Creditor    BANK OF AMERICA, N.A. jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com,jsa@johnhyamslaw.com
              John Matthew Hyams    on behalf of Plaintiff Elisa A. Howard jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com,jsa@johnhyamslaw.com
              John Matthew Hyams    on behalf of Plaintiff Robert C. Howard jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com,jsa@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin S Abel    on behalf of Debtor Robert C. Howard jsa@johnhyamslaw.com
              Justin S Abel    on behalf of Joint Debtor Elisa A. Howard jsa@johnhyamslaw.com
              Leon P Haller    on behalf of Creditor    Albert L. Steinbacher, Jr. lhaller@pkh.com,
               dmaurer@pkh.com
              Sherri Braunstein    on behalf of Creditor    Bank of America, N.A. sbraunstein@udren.com,
               vbarber@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Philip Carlucci    on behalf of Creditor    Jersey Shore State Bank wcarlucci@elionwayne.com
              William Philip Carlucci    on behalf of Defendant    Jersey Shore SB Bank wcarlucci@elionwayne.com
                                                                                              TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>ROBERT C. HOWARD<br>ELISA A. HOWARD<br>ELISA A. STEINBACHER | : <br> : <br> : <br> : <br> : <br> : | CHAPTER 13 |
| Debtor(s) | : <br> : <br> : | CASE NO. 1:14-BK-00725MDF |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | : <br> : <br> : <br> : | DOCKET NO: 99 |
| vs | : <br> : | |
| ROBERT C. HOWARD<br>ELISA A. HOWARD<br>ELISA A. STEINBACHER | : <br> : <br> : <br> : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed September 09, 2016 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee=s MOTION TO DISMISS for material default filed on or about August 09, 2016,

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

Dated: September 12, 2016

By the Court,

Mary D. France
Bankruptcy Judge
(TW)