```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 14-00725-MDF
Robert C. Howard                                                Chapter 13
Elisa A. Howard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: LyndseyPr            Page 1 of 1            Date Rcvd: Nov 28, 2016
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db/jdb         #+Robert C. Howard,   Elisa A. Howard,   4632 Orchid Way,   Dover, PA 17315-2556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              David William Raphael    on behalf of Creditor   S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              John Matthew Hyams    on behalf of Joint Debtor Elisa A. Howard jmh@johnhyamslaw.com,
               jak@johnyamslaw.com
              John Matthew Hyams    on behalf of Debtor Robert C. Howard jmh@johnhyamslaw.com,
               jak@johnyamslaw.com
              John Matthew Hyams    on behalf of Creditor    BANK OF AMERICA, N.A. jmh@johnhyamslaw.com,
               jak@johnyamslaw.com
              John Matthew Hyams    on behalf of Plaintiff Elisa A. Howard jmh@johnhyamslaw.com,
               jak@johnyamslaw.com
              John Matthew Hyams    on behalf of Plaintiff Robert C. Howard jmh@johnhyamslaw.com,
               jak@johnyamslaw.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin S Abel    on behalf of Debtor Robert C. Howard jsa@johnhyamslaw.com
              Justin S Abel    on behalf of Joint Debtor Elisa A. Howard jsa@johnhyamslaw.com
              Leon P Haller    on behalf of Creditor   Albert L. Steinbacher, Jr. lhaller@pkh.com,
               dmaurer@pkh.com
              Sherri Braunstein    on behalf of Creditor   Bank of America, N.A. sbraunstein@udren.com,
               vbarber@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Philip Carlucci    on behalf of Creditor   Jersey Shore State Bank wcarlucci@elionwayne.com
              William Philip Carlucci    on behalf of Defendant   Jersey Shore SB Bank wcarlucci@elionwayne.com
                                                                                             TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:14-bk-00725-MDF
ROBERT C. HOWARD and :
ELISA A. HOWARD : CHAPTER 13
    Debtors :

## ORDER

The Debtors' Motion to Modify Confirmed Chapter 13 Plan, having come this day to be heard, and good cause therefore appearing it is hereby

**ORDERED**, that the Debtors' Motion to Modify Confirmed Chapter 13 Plan hereby is **GRANTED**.

By the Court,

Mary D. France
Bankruptcy Judge
(JG)

Dated: November 28, 2016