IN RE: ROBERT C. HOWARD
ELISA A. HOWARD
AKA: ELISA A. STEINBACHER

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-14-00725-RNO

ROBERT C. HOWARD
ELISA A. HOWARD
AKA: ELISA A. STEINBACHER

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on August 18, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of August 18, 2017, the Debtor(s) is/are $3057.85 in arrears with a plan payment having last been made on Jul 25, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 18, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT C. HOWARD
ELISA A. HOWARD
AKA: ELISA A. STEINBACHER

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

ROBERT C. HOWARD
ELISA A. HOWARD
AKA: ELISA A. STEINBACHER

    Respondent(s)

CHAPTER 13

CASE NO: 1-14-00725-RNO

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on August 18, 2017.

JOHN M HYAMS ESQUIRE
555 GETTYSBURG PIKE
STE C-402
MECHANICSBURG, PA 17055-

ROBERT C. HOWARD
ELISA A. HOWARD
5404 LAURIE LANE
ENOLA, PA 17025-

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 18, 2017