```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                 Case No. 14-00725-RNO
Robert C. Howard                                                       Chapter 13
Elisa A. Howard
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: LyndseyPr              Page 1 of 3              Date Rcvd: Aug 21, 2017
                               Form ID: pdf010              Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
db             #+Robert C. Howard,    4632 Orchid Way,    Dover, PA 17315-2556
jdb            #+Elisa A. Howard,    4632 Orchid Way,    Dover, PA 17315-2556
cr              +Jersey Shore State Bank,    300 MARKET STREET,    WILLIAMSPORT, PA 17701-6374
cr              +S&T Bank,   Linda L. Wolfe,    355 North 5th Street,    Indiana, PA 15701-1940
4450564         +16001 North Dallas Parkway,    Addison, TX 75001-3311
4505774         +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                  El Segundo, CA 90245-3504
4448228         +Anne K. Fiorenza, Esq, Assistant U.S. Tr,    228 Walnut Street, Room 320,
                  Harrisburg, Pennsylvania 17101-1737
4448229          BANK OF AMERICA,    4060 Ogletown/Stan, De5-019-03-07,    Newark, Delaware 19713
4786534          BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
4491293         +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
4448230         +Bureau of Account Management,    3607 Rosemont,    Camp Hill, Pennsylvania 17011-6904
4448232         +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4448235         +CAPITAL ONE,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4448236          CBCS,    P.O. Box 163279,    Columbus, OH 43216-3279
4448238          CMC-NorthEast,    P.O. Box 96072,    Charlotte, NC 28296-0072
4503008          Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4468395          Carolinas Medical Center,    PO Box 32861,    Charlotte NC 28232-2861
4448237          Central Medical Equipment Co.,    35 Sarhelm Road,    Harrisburg, PA 17112-3339
4448241        ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court:  DirecTv,    P.O. Box 78626,    Phoenix, AZ 85062-8626)
4448243         +FEDERAL LOAN,    PO BOX 69184,    HARRISBURG, PA 17106-9184
4502150          FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
4448247          Geisinger Health System,    100 North Academy Ave,    Danville Pa   17822-4938
4448250         +JERSEY SHORE SB,    115 S MAIN ST,    JERSEY SHORE, PA 17740-1842
4448251         +JERSEY SHORE SB BANK,    115 S MAIN ST,    JERSEY SHORE, PA 17740-1842
4454798         +Jerey Shore State Bank,    300 Market St,    Williamsport Pa 17701-6374
4448252         +Keystone Collection,    220 North Duke Street,    Lancaster, Pennsylvania 17602-2710
4448254          Lancaster Radiology Associates,    P.O. Box 3216,    Lancaster, PA 17604-3216
4448255         +MABT/CONTFIN,    PO BOX 11743,    WILMINGTON, DE 19850-1743
4448256         +MIRA MEDICAL,    991 OAK CREEK DRIVE,    LOMBARD, IL 60148-6408
4448257          MRI Group LLP,    P.O. Box 3088,    Lancaster, PA 17604-3088
4568288         +Municipal and School Earned Income Tax Office,    c/o Fred A. Holland, Esquire,
                  442 William Street,    Williamsport, PA 17701-6116
4448258         +Northland Group Inc.,    PO Box 390846,    Edina, Minnesota 55439-0846
4448259         +Office of Attorney General,    Financial Enforcement Section,
                  Harrisburg, Pennsylvania 17120-0001
4448260         +Office of the U.S. Trustee,    228 Walnut Street, Room 320,
                  Harrisburg, Pennsylvania 17101-1737
4448248          P.O. Box 27727,    Newark, NJ 07101-7727
4448234          P.O. Box 9730,    Daytona Beach, FL 32120-9730
4448262          Penn Credit Corporation,    PO Box 988,    Harrisburg, Pennsylvania 17108-0988
4448263         +S&T BANK,    800 PHILADELPHIA,    INDIANA, PA 15701-3908
4490754          S&T Bank,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                  One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
4490753         +S&T Bank,    456 Main Street,    P O Box D,    Brockway, PA 15824-0504
4448264         +SERV 1ST FCU,    1207 BLOOM STREET,    DANVILLE, PA 17822-0001
4448265          STELLAR RECOVERY,    1327 HIGHWAY 2 WES, SUITE 100,    KALISPELL, MT 59901
4448266         +SUNTRUST BANK,    PO BOX 85526,    RICHMOND, VA 23285-5526
4452623         +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
4448267         +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                  Washington, District of Columbia 20044-0227
4448268          United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
4448269         +VERIZON,    500 TECHNOLOGY DRSUITE 300,    SUITE 300,    WELDON SPRING, MO 63304
4448270          Wellspan Health,    P.O. Box 742641,    Cincinnati, OH 45274-2641
4448271         +York Hospital,    1001 S George Street,    York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4457903          E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 21 2017 19:00:07
                  American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                  Irving, TX 75016-8088,    866-716-6441
4448227         +E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 21 2017 19:00:07      AMERICAN HONDA FINANCIAL,
                  200 CONTINENTAL DRIVE, SUITE #301,    NEWARK, DE 19713-4336
4467536         +E-mail/Text: g20956@att.com Aug 21 2017 19:00:14      AT&T Mobility II LLC,
                  % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                  Bedminster, NJ 07921-2693
4480190          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2017 19:06:03
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
4462750         +E-mail/Text: bnc@atlasacq.com Aug 21 2017 18:59:56      Atlas Acquisitions LLC,
                  on behalf of Oliphant Financial, LLC,    294 Union St.,    Hackensack, NJ 07601-4303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4448239      +E-mail/Text: cwade@creditmanagementcompany.com Aug 21 2017 19:00:10     Credit Management,
              2121 Noblestown Road,    Pittsburgh, Pennsylvania 15205-3956
4448242       E-mail/Text: mrdiscen@discover.com Aug 21 2017 18:59:55     DISCOVER FINANCIAL,    PO BOX 15316,
              WILMINGTON, DE 19850
4451377       E-mail/Text: mrdiscen@discover.com Aug 21 2017 18:59:55     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
4448245       E-mail/Text: data_processing@fin-rec.com Aug 21 2017 19:00:00     Financial Recovery Services,
              PO Box 385908,   Minneapolis, Minnesota 55438-5908
4448246      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2017 18:59:38     GECRB/LOWES,    PO BOX 956005,
              ORLANDO, FL 32896-0001
4448249       E-mail/Text: cio.bncmail@irs.gov Aug 21 2017 18:59:57     Internal Revenue Service,
              PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
4471777       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 21 2017 19:00:08     Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
4472474       E-mail/Text: bk.notifications@jpmchase.com Aug 21 2017 19:00:01     JPMorgan Chase Bank, N.A.,
              National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
4505362       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2017 18:59:35
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4448261       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2017 19:00:02     PA Department of Revenue,
              Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4488674       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2017 19:06:03
              Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4464816       E-mail/Text: ebn@vativrecovery.com Aug 21 2017 18:59:59     Palisades Acquisition XVI, LLC,
              Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition XVI,,
              PO Box 40728,   Houston TX 77240-0728
4466191       E-mail/Text: bnc-quantum@quantum3group.com Aug 21 2017 19:00:01
              Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
              Kirkland, WA 98083-0788
4473667       E-mail/Text: bnc-quantum@quantum3group.com Aug 21 2017 19:00:01
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4448233        Cabarrus Emergency Medicine Associates
cr*           +S&T Bank,   456 Main Street,   P O Box D,   Brockway, PA 15824-0504
4467537*      +AT&T Mobility II LLC,   % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,
              One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
4448231*      +Bureau of Account Management,    3607 Rosemont,   Camp Hill, Pennsylvania 17011-6904
4448240*       Credit Management Company,    2121 Noblestown Rd.,   Pittsburgh, Pennsylvania 15205-3956
4448244*      +FEDERAL LOAN,   PO BOX 69184,   HARRISBURG, PA 17106-9184
4448253      ##+Keystone Credit Collections, Inc.,    P.O. Box 686,   Lock Haven, PA 17745-0686
                                                                             TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2017 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
David William Raphael   on behalf of Creditor   S&T Bank draphael@grenenbirsic.com,
 mcupec@grenenbirsic.com
John Matthew Hyams   on behalf of Plaintiff Elisa A. Howard jmh@johnhyamslaw.com,
 jak@johnhyamslaw.com;mii@johnhyamslaw.com
John Matthew Hyams   on behalf of Plaintiff Robert C. Howard jmh@johnhyamslaw.com,
 jak@johnhyamslaw.com;mii@johnhyamslaw.com
John Matthew Hyams   on behalf of Joint Debtor Elisa A. Howard jmh@johnhyamslaw.com,
 jak@johnhyamslaw.com;mii@johnhyamslaw.com
John Matthew Hyams   on behalf of Debtor Robert C. Howard jmh@johnhyamslaw.com,
 jak@johnhyamslaw.com;mii@johnhyamslaw.com
John Matthew Hyams   on behalf of Creditor    BANK OF AMERICA, N.A. jmh@johnhyamslaw.com,
 jak@johnhyamslaw.com;mii@johnhyamslaw.com
Joshua I Goldman   on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
 bkgroup@kmllawgroup.com
Joshua I Goldman   on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
 bkgroup@kmllawgroup.com
Justin S Abel   on behalf of Joint Debtor Elisa A. Howard jsa@johnhyamslaw.com
Justin S Abel   on behalf of Debtor Robert C. Howard jsa@johnhyamslaw.com
Leon P Haller   on behalf of Creditor    Albert L. Steinbacher, Jr. lhaller@pkh.com,
 dmaurer@pkh.com
Sherri  Braunstein   on behalf of Creditor    Bank of America, N.A. sbraunstein@udren.com,
 vbarber@udren.com
Thomas I Puleo   on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
 bkgroup@kmllawgroup.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
William Philip Carlucci   on behalf of Creditor    Jersey Shore State Bank wcarlucci@elionlaw.com,
 wcarlucci@elionwayne.com
William Philip Carlucci   on behalf of Defendant    Jersey Shore SB Bank wcarlucci@elionlaw.com,
 wcarlucci@elionwayne.com
                                                                             TOTAL: 17
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**ROBERT C. HOWARD**
**ELISA A. HOWARD**
**ELISA A. STEINBACHER**

Debtor(s)

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**

Movant(s)

vs.

**ROBERT C. HOWARD**
**ELISA A. HOWARD**
**ELISA A. STEINBACHER**

Respondent(s)

Chapter: **13**

Case Number: **1:14-BK-00725** RNO

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Date: August 21, 2017